IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD WARGO,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Case No. 26-cv-190

(Judge Horan)

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Edward Wargo, through his undersigned attorney, hereby gives notice of the voluntary dismissal,

without prejudice, of all claims against Defendant No. 74 (qingyumaoyi), with each party to bear

its own attorneys' fees, costs, and expenses. The dismissed Defendant has neither answered

Plaintiff's Complaint nor filed a responsive pleading. Accordingly, this Defendant may be

voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: March 18, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff