IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD WARGO,<br><br>Plaintiff,<br><br>v.<br><br>CHAOYUN COMMERCE, et al.,<br><br>Defendants. | Civil Action No. 26-cv-190 |

**ORDER ON PLAINTIFF'S SECOND RENEWED MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE**

AND NOW, this ___ day of ____________, 2026, upon consideration of Plaintiff's Second Renewed Motion for an Order Authorizing Alternative Service Pursuant to Federal Rule of Civil Procedure 4(f)(3),

IT IS HEREBY ORDERED that said Motion is GRANTED; the Court finds Plaintiff has made reasonably diligent efforts to ascertain and verify the addresses for the Defendants subject to the Motion; and

IT IS FURTHER ORDERED that, the Defendants subject to the Motion having previously been provided a copy of the Summons and Complaint both by email and website publication, service of process is deemed accomplished as to those Defendants and Plaintiff shall file a *Summons/Return of Service Return Executed* indicating that such Defendants have been served with the Summons and Complaint;

____________________________
Marilyn J. Horan
United States District Judge