# EXHIBIT 1

**Example Address Research**
**for Defendant No. 43 - FREZZY STORE (Amazon)**

**Investigator has placed Defendant in Category F**
**(no registered entity matched)**

## 1. Address Displayed by Amazon




The address the seller shows on its Amazon profile is 海垦街道 海垦路金都花园4栋703 海口市龙华区 海南省 570226 CN, that is, Room 703, Building 4, Jindu Garden, Haiken Road, Longhua District, Haikou. The business name shown is "liangwang."

## 2. Google Web Search



A Google web search for the same address. The results are general pages about the Haiken subdistrict and the Jindu Garden residential compound, such as real-estate and hotel listings. Nothing ties the address to this seller.

## 3. Google Maps Search




Google returns only a "partial match," strikes through "金都花园4栋703," and lands on the Haiken residential district.

## 4. Baidu Web Search




Baidu's automated summary describes the address as a residential compound built in 2000 and says that several individually owned businesses are registered there (for example 海口龙华微廷易商贸商行). It names no entity matching the seller.

## 5. Baidu Maps Search




Baidu Maps returns Jindu Garden, its gates and its Buildings 1 and 2. None is the defendant.

## 6. Amap Search




Amap returns the Jindu Garden compound and its Buildings 1, 2 and 3. It does not show Building 4, Room 703 or the defendant.